Jack R. Leer (SBN 184982)
Nicholas S. Barnhorst (SBN 241794)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
e-mail: leer@scmv.com
e-mail: nbarhorst@scmv.com

FILED
07 NOV 29 AM 11:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

Attorneys for Defendant AXIS HEALTHCARE STAFFING, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

ACCESS NURSES, INC., a Delaware corporation,

Plaintiff,

vs.

AXIS HEALTHCARE STAFFING, LLC, an Ohio corporation; and DOES 1 through 10,

Defendants.

CASE NO.: 07-CV-2250 JAH

**DEMAND FOR JURY TRIAL**

Defendant AXIS HEALTHCARE STAFFING, LLC hereby demands trial by jury in this action.

DATED: November 28, 2007

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By: ______________________
Jack R. Leer, Esq.
Attorneys for Defendant AXIS HEALTHCARE STAFFING, LLC

CR