Jack R. Leer (SBN 184982)
Nicholas S. Barnhorst (SBN 241794)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
e-mail: leer@scmv.com
e-mail: nbarnhorst@scmv.com

Attorneys for Defendant AXIS HEALTHCARE STAFFING, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACCESS NURSES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AXIS HEALTHCARE STAFFING, LLC, an Ohio corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 3:07-CV-02250-JAH-WMC<br><br>**CERTIFICATE OF SERVICE VIA CM/ECF ELECTRONIC SYSTEM** |

I, the undersigned, declare as follows:

I am employed with the law firm of SELTZER CAPLAN McMAHON VITEK, A Law Corporation, whose address is 750 “B” Street, Suite 2100, San Diego, California 92101-8177. I am over the age of 18 and I am not a party to this action.

On November 30, 2007, I electronically filed the following document(s):

**1. ANSWER AND COUNTER-CLAIM**

The Court’s CM/ECF System will send an e-mail notification of the following filing to the parties and counsel of record listed below who are registered with the Court’s CM/ECF System:

Daniel C. Minteer, Esq.
Michelle A. Hon, Esq.
Duane Morris, LLP
101 West Broadway
Suite 900
San Diego, CA 92101
*Attorneys for Access Nurses, Inc.*

[X] BY ELECTRONIC FILING (CM-ECF) to the parties listed above. Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

[X] (Federal) I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on November 30, 2007, at San Diego, California.

SELTZER CAPLAN MCMAHON VITEK

By: s/Stephanie A. Kostić
Assistant to Jack R. Leer
Email: kostic@scmv.com