Daniel C. Minteer (SBN 62158)
Michelle A. Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
Email: dcminteer@duanemorris.com
Email: mhon@duanemorris.com

Attorneys for Plaintiff
ACCESS NURSES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACCESS NURSES, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS HEALTHCARE STAFFING LLC, an Ohio corporation AND DOES 1 THROUGH 10,<br><br>Defendants.<br><br>AXIS HEALTHCARE STAFFING LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC, a Delaware corporation,<br><br>Counterclaim-Defendant. | Case No. 07CV2250 JAH (WMc)<br><br>**ACCESS NURSES, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE AXIS HEALTHCARE STAFFING LLC'S AFFIRMATIVE DEFENSES OF INEQUITABLE CONDUCT AND DISMISS ITS COUNTERCLAIM FOR INEQUITABLE CONDUCT**<br><br>**DATE:** **January 28, 2008**<br>**TIME:** **2:30 p.m.**<br>**CTRM:** **11**<br>**JUDGE:** **Hon. John A. Houston** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on January 28, 2008, at 2:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable John A. Houston in the above-entitled court located at 880 Front Street, Courtroom 11, San Diego, CA 92101, Duane Morris LLP, counsel for Plaintiff, Access Nurses, Inc. ("Plaintiff" or "ANI") will and hereby does move this Court to strike the

Seventh and Eighth Affirmative Defenses for inequitable conduct by Axis Healthcare Staffing LLC ("Defendant") and Dismiss its Counterclaim for inequitable conduct for failure to comply with Fed. R. Civ. P. 9(b).

**MOTION**

Pursuant to the Federal Rules of Civil Procedure, Rules 9(b), 12(b)(2), and 12(f), counsel for Plaintiff hereby moves to strike the affirmative defenses of Defendant for inequitable conduct and dismiss its counterclaim of inequitable conduct, as set forth in the Answer and Counterclaim, resulting from Defendant's failure to plead inequitable conduct with the particularity required by Rule 9(b).

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the records, papers and pleadings of record in this case, and upon such other further oral and documentary evidence as may be presented at the time of the hearing on the Motion. Oral argument is requested unless no opposition is filed.

Dated: December 20, 2007

**DUANE MORRIS LLP**

By: s/Michelle A. Hon
Daniel C. Minteer
Michelle A. Hon
Attorneys for Plaintiff
ACCESS NURSES, INC.