Daniel C. Minteer (SBN 62158)
Michelle A. Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
Email: dcminteer@duanemorris.com
Email: mhon@duanemorris.com

Attorneys for Plaintiff
ACCESS NURSES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACCESS NURSES, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS HEALTHCARE STAFFING LLC, an Ohio corporation AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 07CV2250 JAH (WMc)<br><br>**DECLARATION OF SERVICE** |
| AXIS HEALTHCARE STAFFING LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC, a Delaware corporation,<br><br>Counterclaim-Defendant. | **CTRM: 11**<br>**JUDGE: Hon. John A. Houston** |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is **101 West Broadway, Suite 900, San Diego, California.**

On **December 20, 2007**, I served the documents described as:

► **ACCESS NURSES, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE AXIS HEALTHCARE STAFFING LLC'S AFFIRMATIVE DEFENSES OF**

**INEQUITABLE CONDUCT AND DISMISS ITS COUNTERCLAIM FOR INEQUITABLE CONDUCT**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ACCESS NURSES, INC.'S MOTION TO STRIKE AXIS HEALTHCARE STAFFING LLC'S AFFIRMATIVE DEFENSES OF INEQUITABLE CONDUCT AND DISMISS ITS COUNTERCLAIM FOR INEQUITABLE CONDUCT**

on all counsel on the court's electronic service list by the following means:

☐ **(BY HAND) [C.C.P. § 1011]** On __________, **2007** I delivered such envelope to the party listed above and left the envelope with the party, the receptionist or person in charge thereof between the hours of 9:00 a.m. and 5:00 p.m.

☐ **(BY MAIL) [C.C.P. § 1013(a)(3) Business Practice to Entrust Deposit to Others]** On __________, **2007** I placed such envelope for collection, deposit and mailing with the United States Postal Service following ordinary business practices at my place of business. I am readily familiar with the business practice of my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE] [C.C.P. § 1013(e), (f)]** On __________, **2007** I caused a true copy of the document(s) to be transmitted via facsimile to a facsimile machine maintained by the person on whom the document(s) is served. Facsimile service has been agreed upon by the parties. I am aware that the service is complete at the time of transmission, but any period of notice shall be extended after service by facsimile transmission by two court days.

☐ **(BY FEDEX) [C.C.P. § 1013(c)]** On __________, **2007** , at **San Diego, California**, I deposited such envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.

☒ **(BY ELECTRONIC SERVICE):** On **December 20, 2007**, at **San Diego, California**, I attached a true and correct copy of the above-entitled document(s) to the Court's CM/ECF electronic service system.

I certify and declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed **December 20, 2007** at **San Diego, California.**

Margaret E. Schulte

Margaret E. Schulte