# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS NURSES, INC.,<br>Plaintiff,<br>vs.<br>AXIS HEALTHCARE STAFFING, LLC, et al.,<br>Defendant. | CASE NO. 07cv2250-JAH (WMc)<br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On January 7, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Dave Minter, Esq., Michelle Hon, Esq. and Jim Birmingham. Appearing for Defendant were Jack Leer, Esq., Nicholas Scott Barnhorst, Esq. Anne Martin, Esq. and Stacy Stanley.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *February 11, 2008*;
2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *February 22, 2008.* Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates

for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *February 29, 2008*;

4. Counsel shall participate in a **TELEPHONIC** Case Management Conference ***on March 6, 2008*** at ***9:00 a.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, pursuant to Federal Rule of Civil Procedure 16(b). ***COUNSEL FOR PLAINTIFF IS INSTRUCTED TO INITIATE THE CALL BY FIRST TELEPHONING OPPOSING COUNSEL AND THEN TELEPHONING THE COURT AT 619-557-6624.***

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: January 7, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court