Daniel C. Minteer (SBN 62158)
Michelle A. Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
Email: dcminteer@duanemorris.com
Email: mhon@duanemorris.com

Attorneys for Plaintiff
ACCESS NURSES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACCESS NURSES, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS HEALTHCARE STAFFING LLC, an Ohio corporation AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 07CV2250 JAH (WMc)<br><br>**DECLARATION OF SERVICE** |
| AXIS HEALTHCARE STAFFING LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC, a Delaware corporation,<br><br>Counterclaim-Defendant. | **DATE:** **January 29, 2008**<br>**TIME:** **2:30 P.M.**<br>**CTRM:** **11**<br>**JUDGE:** **Hon. John A. Houston** |

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the document(s) entitled:

**ACCESS NURSES, INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE AXIS HEALTHCARE STAFFING LLC'S AFFIRMATIVE DEFENSES OF INEQUITABLE CONDUCT AND DISMISS ITS COUNTERCLAIM FOR INEQUITABLE CONDUCT**

☑ via electronic service to the attorneys of record on file with the U.S. District Court for this case, as follows:

**Jack Reynolds Leer**
**Nicholas Scott Barnhorst**
Seltzer Caplan McMahon Vitek
750 B Street
2100 Symphony Towers
San Diego, CA 92101-8177
(619)685-3003
Fax: (619)685-3100
Email: Leer@scmv.com
Email: nbarnhorst@scmv.com

Attorneys for Defendant

**Anne C. Martin**
**Paul W. Kruse**
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street , Suite 1600
Nashville, TN 37219
(615)238-6318
Fax: (615)238-6301
Email: amartin@bonelaw.com
Email: pkruse@bonelaw.com

Attorneys for Defendant

I certify and declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed **January 18, 2008** at **San Diego, California**.

Susan Baker
Susan Baker