UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS NURSES, INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>AXIS HEALTHCARE STAFFING LLC, an Ohio corporation, et. al.,<br>Defendants.<br>AND RELATED COUNTERCLAIM | Civil No.07cv2250 JAH (WMc)<br>**ORDER VACATING HEARING** |

**IT IS HEREBY ORDERED** the hearing on Plaintiff's/Counter-Defendant's motion to strike and motion to dismiss is **VACATED**. The motion is taken under submission without oral argument. See CivLR 7.1(d.1).

DATED: January 24, 2008

JOHN A. HOUSTON
United States District Judge