Daniel C. Minteer (SBN 62158)
Michelle A. Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
Email: dcminteer@duanemorris.com
Email: mhon@duanemorris.com

Attorneys for Plaintiff
ACCESS NURSES, INC.

Jack R. Leer (SBN 184982)
Nicholas S. Barnhorst (SBN 241794)
SELTZER CAPLAN MCHON VITEK
750 B Street, 2100 Symphony Towers
San Diego, CA 92101
Telephone: 619.685.3003
Email: leer@scmv.com
Email: nbarnhorst@scmv.com

Attorneys for Defendant AXIS HEALTHCARE STAFFING LLC

Anne C. Martin (TBN 015536), *Pro Hac Vice*
Paul W. Kruse (TBN 013858), *Pro Hac Vice*
BONE McALLESTER NORTON PPLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
Telephone: 615.238.6300
Email: amartin@bonelaw.com
Email: pkruse@bonelaw.com

Attorneys for Defendant AXIS HEALTHCARE STAFFING LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS NURSES, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS HEALTHCARE STAFFING LLC, an Ohio corporation AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 07CV2250 JAH (WMc)<br><br>**JOINT MOTION TO DISMISS** |
| AXIS HEALTHCARE STAFFING LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC, a Delaware corporation,<br><br>Counterclaim-Defendant. | |

Pursuant to the Confidential Settlement Agreement and Release (effective April 23, 2008 and hereinafter "Agreement"), Access Nurses, Inc. ("Plaintiff") and Axis Healthcare LLC ("Defendant") (collectively the "Parties"), hereby request the Court enter the Proposed Order attached hereto as Exhibit A, dismissing all claims and counterclaims pending in the above-captioned case. As part of the settlement, the Parties have agreed that this Court can retain jurisdiction for the limited purpose of enforcing the Agreement and that if Defendant has not ceased using its current name within the period allowed in the agreement, Plaintiff may enforce the Agreement by noticed motion. Thus, the parties expressly request that this Court retain jurisdiction for the limited purpose of enforcing the Agreement.

Each party to pay its own costs, expenses and attorney fees.

Dated: May 2, 2008

DUANE MORRIS LLP

By: s/Michelle A. Hon
Daniel C. Minteer
Michelle A. Hon
Attorneys for Plaintiff
ACCESS NURSES, INC.

Dated: May 2, 2008

SELTZER CAPLAN MCHON VITEK

By: s/Nicholas Barnhorst
Jack R. Leer
Nicholas Barnhorst
Attorneys for Defendant
AXIS HEALTHCARE STAFFING, INC.

Dated: May 2, 2008

BONE McALLESTER NORTON PPLC

By: s/Anne C. Martin
Anne C. Martin
Paul W. Kruse
Attorneys for Defendant
AXIS HEALTHCARE STAFFING, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS NURSES, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS HEALTHCARE STAFFING LLC, an Ohio corporation AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 07CV2250 JAH (WMc)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS** |
| AXIS HEALTHCARE STAFFING LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC, a Delaware corporation,<br><br>Counterclaim-Defendant. | |

///

///

///

///

///

///

///

Pursuant to the request of all parties via Joint Motion, filed in accordance with a Confidential Settlement Agreement and Release with an effective date of April 23, 2008 ("Agreement"):

IT IS HEREBY ORDERED THAT,

1. The Joint Motion to Dismiss is GRANTED.

2. All claims and counterclaims shall be dismissed with prejudice.

3. The Court shall retain jurisdiction for the limited purpose of enforcing the Agreement such that if defendant, Access Healthcare Staffing LLC, has not ceased using its current name within the period allowed in the agreement or continues to use, advertise, solicit business, or otherwise refers to itself, whether in writing or orally, without using the new distinctive term, plaintiff, Access Nurses, Inc., may enforce the Agreement by noticed motion.

4. Each party to pay its own costs, expenses and attorney fees.

**SO ORDERED.**

Dated: ______________, 2008 By:______________________________

Hon. John A. Houston
District Court Judge
Southern District of California

Daniel C. Minteer (SBN 62158)
Michelle A. Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
Email: dcminteer@duanemorris.com
Email: mhon@duanemorris.com

Attorneys for Plaintiff
ACCESS NURSES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACCESS NURSES, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS HEALTHCARE STAFFING LLC, an Ohio corporation AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 07CV2250 JAH (WMc)<br><br>**DECLARATION OF SERVICE** |
| AXIS HEALTHCARE STAFFING LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC, a Delaware corporation,<br><br>Counterclaim-Defendant. | |

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the document(s) entitled:

**JOINT MOTION TO DISMISS**

☑ via electronic service to the attorneys of record on file with the U.S. District Court for this case, as follows:

**Jack Reynolds Leer**
**Nicholas Scott Barnhorst**
Seltzer Caplan McMahon Vitek
750 B Street
2100 Symphony Towers
San Diego, CA 92101-8177
(619)685-3003
Fax: (619)685-3100
Email: leer@scmv.com
Email: nbarnhorst@scmv.com

Attorneys for Defendant

**Anne C. Martin**
**Paul W. Kruse**
Bone McAllester Norton PLLC
Nashville City Center
511 Union Street , Suite 1600
Nashville, TN 37219
(615)238-6318
Fax: (615)238-6301
Email: amartin@bonelaw.com
Email: pkruse@bonelaw.com

Attorneys for Defendant

I certify and declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed **May 2, 2008** at **San Diego, California**.

Susan Baker
Susan Baker