UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS NURSES, INC, a Delaware corporation,<br>Plaintiff,<br>v.<br>AXIS HEALTHCARE STAFFING LLC, an Ohio corporation AND DOES 1 THROUGH 10,<br>Defendants. | Case No. 07CV2250 JAH (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |
| AXIS HEALTHCARE STAFFING LLC,<br>Counterclaim-Plaintiff,<br>v.<br>ACCESS NURSES, INC, a Delaware corporation,<br>Counterclaim-Defendant. | |

Pursuant to the request of all parties via Joint Motion, filed in accordance with a Confidential Settlement Agreement and Release with an effective date of April 23, 2008 ("Agreement"):

IT IS HEREBY ORDERED THAT,

1. The Joint Motion to Dismiss is GRANTED.
2. All claims and counterclaims shall be dismissed with prejudice.
3. The Court shall retain jurisdiction for the limited purpose of enforcing the Agreement

such that if defendant, Access Healthcare Staffing LLC, has not ceased using its current name within the period allowed in the agreement or continues to use, advertise, solicit business, or otherwise refers to itself, whether in writing or orally, without using the new distinctive term, plaintiff, Access Nurses, Inc., may enforce the Agreement by noticed motion.

4. Each party to pay its own costs, expenses and attorney fees.

**SO ORDERED.**

Dated: May 5, 2008

By:______________________________

Hon. John A. Houston
District Court Judge
Southern District of California